UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 01-4126-BSS

UNITED STATES OF AMERICA

vs.

MILTON LAZARDO SERRANO CONTRERAS
_____/

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of the Court endorsed hereon, the United States Attorney for the Southern District of Florida hereby dismisses the Complaint against the following Material Witness defendant, Milton Lazardo Serrano Contreras. The defendants for which he was required to testify against, (Robert Nesto and David Charles, 01-6117-Cr-Marra), both plead guilty to their respective crimes on January 9, 2002.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

Leave of the Court is granted for the filing of the foregoing order of dismissal.

Date: 8/4/10

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

cc: Marc S. Anton, AUSA
U.S. Marshals Service
Pre-trial Services